Norman SIEGEL, Appellant, v. LURIA STEEL & TRADING CORPORATION, a Corporation.

No. 14073.

United States Court of Appeals
Eighth Circuit.

April 10, 1950.

Alvin A. Wolff and Joseph Nessenfeld, St. Louis, Mo., for appellant.

Edgar J. Schoen, Chicago, Ill., Kenneth Teasdale and Bourne Bean, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

Promise SPEARS, Appellant, v. UNITED STATES of America, Appellee.

No. 11173.

United States Court of Appeals
Sixth Circuit.

May 31, 1950.

Norman S. Minor, Cleveland, Ohio, for appellant.

Don C. Miller, Cleveland, Ohio, for appellee.

Before HICKS, Chief Judge, and MILLER, Circuit Judge.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed pursuant to motion of appellant.

Lela WILCOX, Appellant, v. Tighe E. WOODS, Housing Expediter, Office of the Housing Expediter, Appellee.

No. 12316.

United States Court of Appeals
Ninth Circuit.

May 22, 1950.

Rehearing Denied June 27, 1950.

Lela Wilcox, in pro. per.

Ed Dupree, Gen. Counsel, OHE., Leon J. Libeu, Asst. Gen. Counsel, Francis X. Riley, Sp. Lit. Atty., Washington, D. C., for appellee.

Before BIGGS, BONE, and POPE, Circuit Judges.

PER CURIAM.

A careful consideration of the briefs, the record and the oral argument convinces us that the learned trial judge committed no error in this proceeding which would require a reversal of the judgment below. No new point of law is presented which should be discussed here. See Porter v. Warner Holding Co., 328 U.S. 395, 66 S.Ct. 1086, 90 L.Ed. 1332; Woods v. Richman, 9 Cir., 174 F.2d 614, and Brooks v. Woods, 9 Cir., 181 F.2d 716. The judgment is affirmed.